UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOMERO RADWAY,

                Plaintiff,

- against -

NEIGHBORLY, CORP.,

                Defendant.

**ORDER**

19 Civ. 6568 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference presently scheduled for **December 5, 2019** is adjourned to **December 12, 2019 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         December 2, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge