UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOMERO RADWAY,

                Plaintiff,

- against -

NEIGHBORLY, CORP.,

                Defendant.

**ORDER**

19 Civ. 6568 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a telephone conference will take place on **January 30, 2020 at 5:00 p.m.** Once both sides are on the line, counsel should contact Chambers at 212-805-0224.

Dated: New York, New York
         December 12, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge