UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOMERO RADWAY,

                Plaintiff,

- against -

NEIGHBORLY, CORP.,

                Defendant.

**ORDER**

19 Civ. 6568 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the telephone conference currently scheduled for January 13, 2020 is adjourned <u>sine die</u>.  The parties are directed to submit a joint status letter by January 15, 2020 regarding the effect of Defendant's pending dissolution on this case.

Dated: New York, New York
      January 13, 2020

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge